**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Michael D. Watson, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2018-000486

---

**ON WRIT OF CERTIORARI**

---

Appeal From Saluda County
R. Keith Kelly, Circuit Court Judge

---

Unpublished Opinion No. 2022-UP-426
Submitted November 1, 2022 – Filed November 30, 2022

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

David Alexander, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Senior Assistant Attorney General David A. Spencer, both of Columbia, for Respondent.

---

**PER CURIAM:** We granted Michael D. Watson's petition for a writ of certiorari to review the post-conviction relief court's denial of relief. After careful consideration of the Appendix and briefs, we now dismiss the writ as improvidently granted.[1]

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KONDUROS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.